**INTERNATIONAL SOCIETY FOR KRISHNA CONSCIOUSNESS OF CALIFORNIA, INC., a California nonprofit religious corporation and Emil Beca, one of its individual members, Plaintiffs–Appellants,**

v.

**CITY OF LOS ANGELES, a California municipal corporation and Stephen Yee, Defendants–Appellees.**

No. 06–56660.

United States Court of Appeals, Ninth Circuit.

Argued Dec. 4, 2007.

Submitted April 7, 2014.

Filed April 7, 2014.

David M. Liberman, Los Angeles, CA, for Plaintiffs–Appellants.

John M. Werlich, Law Offices of John M. Werlich, Westlake Village, CA, for Defendants–Appellees.

Before: PREGERSON, TROTT, and PAEZ, Circuit Judges.

ORDER & MEMORANDUM *

On June 11, 2008, we withheld submission of this case pending final resolution of proceedings in *International Society for Krishna Consciousness of California, Inc. v. City of Los Angeles*, 530 F.3d 768 (9th Cir.2008).

* This disposition is not appropriate for publication and is not precedent except as provided

On July 7, 2010, we issued an order in *International Society for Krishna Consciousness of California, Inc. v. City of Los Angeles*, 386 Fed.Appx. 669 (9th Cir. 2010), reversing the district court's summary judgment order in favor of Plaintiff and remanding the case to the district court to consider in the first instance Plaintiff's remaining federal constitutional claim. Because *International Society for Krishna Consciousness of California, Inc. v. City of Los Angeles*, No. 01–56579, 530 F.3d 768, has been resolved, this case is resubmitted, and the judgment entered in *International Society for Krishna Consciousness of California, Inc. v. City of Los Angeles*, No. 01–56579, 530 F.3d 768, applies to this appeal. The mandate should issue forthwith.

**REVERSED AND REMANDED.**